# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1003

_____

Charles Isaac Wilson, Jr.

*Plaintiff - Appellant*

Does, All other inmates similarly situated

*Plaintiff*

v.

Arkansas Department of Correction

*Defendant*

Wendy Kelley,[1] Director, Arkansas Department of Corrections; State Fire Marshall

*Defendants - Appellees*

State of Arkansas

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

---

[1]Wendy Kelley has been appointed to serve as Director of the Arkansas Department of Correction, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Submitted: April 13, 2015
Filed: April 23, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Charles Wilson brought an action claiming that conditions at the Cummins Unit of the Arkansas Department of Correction did not comply with relevant safety standards. The district court[2] denied preliminary injunctive relief, and this interlocutory appeal followed. After careful review of the record, we conclude that the district court did not abuse its discretion, for the reasons discussed by the court in its opinion. See Dataphase Sys., Inc. v. C L Sys., Inc., 640 F.2d 109, 113 (8th Cir. 1981). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[2]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.